# Court of Appeals
# of the State of Georgia

ATLANTA,_ July 06, 2023 _____

*The Court of Appeals hereby passes the following order:*

**A23A1658. BENJAMIN JOSEPH IVESTER v. THE STATE.**

Benjamin Joseph Ivester filed this direct appeal of the trial court's order revoking his probation. However, an application for discretionary appeal is required to appeal orders revoking probation. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). Ivester's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta,__07/06/2023_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*